**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Miranda Tsang <br>     Debtor | CHAPTER 13 <br><br> BKY. NO. 12-20703 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Bank of America, N.A. as Servicer THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1, and index same on the master mailing list.

Re: Loan # Ending In: 1173

                 Respectfully submitted,

                 **/s/Joshua I. Goldman, Esquire**
                 Joshua I. Goldman, Esquire
                 Thomas Puleo, Esquire
                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 825-6306  FAX (215) 825-6406