# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 12-20703-JKF

MIRANDA TSANG

1617 HAMPTON ROAD

HAVERTOWN, PA 19083

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MIRANDA TSANG

    1617 HAMPTON ROAD

    HAVERTOWN, PA 19083

Counsel for debtor(s), by electronic notice only.

    SHANE H HOBBS
    MASONIC BUILDING
    4 S 2ND ST SUITE 303
    POTTSVILLE, PA 17901-

Date: 6/26/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee