**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Miranda Tsang<br>　　　　　Debtor<br><br>Bank of America, N.A.<br>　　　　　Movant<br>　　vs.<br><br>William C. Miller, Trustee<br>Miranda Tsang<br>　　　　　Respondents | Chapter 13<br>Bankruptcy No. 12-20703-JKF |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF**
**FROM AUTOMATIC STAY AND CERTIFICATION OF**
**SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

　　　　I, Alexandra T. Garcia, attorney for the Movant, Bank of America, N.A. hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, on the 21st day of July, 2017, upon the following:

| | | |
|---|---|---|
| Miranda Tsang<br>1617 Hampton Road<br>Havertown, PA19083 | Shane H. Hobbs<br>The Law Office of Shane H.<br>Hobbs, Esq.<br>Masonic Building<br>4 South 2nd Street, Suite 303<br>Pottsville, PA 17901 | William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 |

　　　　　　　　　　　　/s/ Alexandra T. Garcia, Esquire
　　　　　　　　　　　　ANN E. SWARTZ, ESQUIRE, I.D. # 201926
　　　　　　　　　　　　CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
　　　　　　　　　　　　ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
　　　　　　　　　　　　Attorney for Bank of America, N.A.
　　　　　　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　　　Telephone: (215) 790-1010
　　　　　　　　　　　　Facsimile: (215) 790-1274
　　　　　　　　　　　　Email: ecfmail@mwc-law.com