**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Miranda Tsang<br>　　　　　Debtor<br><br>Bank of America, N.A.<br>　　　　　Movant<br>　　vs.<br><br>William C. Miller, Trustee<br>Miranda Tsang<br>　　　　　Respondents | Chapter 13<br>Bankruptcy No. 12-20703-JKF |

**ORDER**

AND NOW, this __23rd__ day of __August__, 20__17__, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Bank of America, N.A. to exercise applicable state court remedies with respect to the property located at: 1617 Hampton Rd, Delaware Havertown, PA19083.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

cc.:
William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA19107

Alexandra T. Garcia, Esquire
McCabe, Weisberg & Conway
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

Shane H. Hobbs
The Law Office of Shane H. Hobbs, Esq.
Masonic Building
4 South 2nd Street, Suite 303
Pottsville, PA 17901

1617 Hampton Road
Havertown, PA 19083

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Miranda Tsang