## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **MIRANDA TSANG** | : | |
| | : | |
| | : | |
| **Debtor(s)** | : | **Bankruptcy No. 12-20703 JKF** |

### ORDER TO SHOW CAUSE

To debtor, debtor's attorney, and any party in interest:

On April 28, 2017, Nationstar Mortgage LLC filed a motion to approve loan

modification

and scheduled a hearing thereon for May 25, 2017, which was continued several times, and

ultimately to August 24, 2017. On that date, it was approved. However, neither debtor nor

debtor's counsel replied to the motion, nor attended any of the hearings. The standing trustee has

raised a concern that Nationstar was paid the full amount of its arrears, $42,883, and of that,

$15,051.14 was subsequent to the actual date of the loan modification, August 12, 2015.

Debtor has also failed to make any trustee payments since February 17, 2017, and there is

pending a trustee motion to dismiss. The standing trustee is reluctant to press the motion given

the possibility of debtor's having paid Nationstar the full amount of its claimed arrears, when

some or all of those arrears may have been accounted for in the loan modification.

Accordingly, it is hereby **ORDERED**, that debtor and her attorney shall appear in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr. Federal Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, PA on **Thursday, September 28, at 9:30 A.M.** Failing some other resolution, the standing trustee may file a motion for turnover of certain of the funds for distribution to the unsecured creditors, pursuant to a modified plan.

_____
The Honorable Jean K. FitzSimon,
Bankruptcy Judge

Dated: 8/24/17

Copies to:
Miranda Tsang

Shane Hobbs, Esquire

Nationstar Mortgage, LLC

George M. Conway, Esquire
Office the U.S. Trustee
833 Chestnut Street
Philadelphia, PA  19107

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19105