United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Miranda Tsang
    Debtor

Case No. 12-20703-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 24, 2017
                      Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db          +Miranda Tsang,   1617 Hampton Road,   Havertown, PA 19083-2505
              +George Conway, Esq.,   Office of the United States Trustee,   833 Chestnut Street,Suite 500,
               Philadelphia, PA 19107-4405
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:  NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
               Lewisville, TX  75067)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
         ALEXANDRA T. GARCIA    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
         ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
      ecfmail@mwc-law.com
         ANN E. SWARTZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com,
      ecfmail@mwc-law.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
      bkgroup@kmllawgroup.com
         CELINE P. DERKRIKORIAN    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
         JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
      YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST
      2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
         LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact
      Ocwen Loan Servicing, LLC pabk@logs.com,   lerase@logs.com
         MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
         MARISA MYERS COHEN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC mcohen@mwc-law.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         SHANE H. HOBBS    on behalf of Debtor Miranda  Tsang bkynotices@shanehobbslawoffice.com,
      shane@shanehobbslawoffice.com
         STEVEN K. EISENBERG    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
      fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,   bkecf@sterneisenberg.com
         THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
      AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-1,
      MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **MIRANDA TSANG** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 12-20703 JKF |

**ORDER TO SHOW CAUSE**

To debtor, debtor's attorney, and any party in interest:

On April 28, 2017, Nationstar Mortgage LLC filed a motion to approve loan modification and scheduled a hearing thereon for May 25, 2017, which was continued several times, and ultimately to August 24, 2017. On that date, it was approved. However, neither debtor nor debtor's counsel replied to the motion, nor attended any of the hearings. The standing trustee has raised a concern that Nationstar was paid the full amount of its arrears, $42,883, and of that, $15,051.14 was subsequent to the actual date of the loan modification, August 12, 2015.

Debtor has also failed to make any trustee payments since February 17, 2017, and there is pending a trustee motion to dismiss. The standing trustee is reluctant to press the motion given the possibility of debtor's having paid Nationstar the full amount of its claimed arrears, when some or all of those arrears may have been accounted for in the loan modification.

Accordingly, it is hereby **ORDERED**, that debtor and her attorney shall appear in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr. Federal Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, PA on **Thursday, September 28, at 9:30 A.M.** Failing some other resolution, the standing trustee may file a motion for turnover of certain of the funds for distribution to the unsecured creditors, pursuant to a modified plan.

_____
The Honorable Jean K. FitzSimon,
Bankruptcy Judge

Dated: 8/24/17

Copies to:
Miranda Tsang

Shane Hobbs, Esquire

Nationstar Mortgage, LLC

George M. Conway, Esquire
Office the U.S. Trustee
833 Chestnut Street
Philadelphia, PA  19107

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19105