UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: MIRANDA TSANG                    :
                                        :
                                        :
                                        :
             Debtor(s)                  :        Bankruptcy No. 12-20703

**NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE**

William C. Miller, Chapter 13 standing trustee, has filed a Motion for Turnover in the above-captioned chapter 13 bankruptcy case for the reason(s)listed on the enclosed Motion.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fifteen days (15) prior to the date of the hearing listed in paragraph 3 of this notice, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at:

           U.S. Bankruptcy Court
           900 Market Street - Suite 400
           Philadelphia, PA 19107

    (b)    mail a copy to the movant's attorney :

           Jack Miller, Esquire
           Chapter 13 Standing Trustee
           P.O. Box 1229
           Philadelphia, PA 19105
           Telephone: (215)627-1377

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, in Courtroom No. 4, on , at 9:30 a .m.. on November 14, 2017, U.S. Bankruptcy Court, 900 Market St. - 2nd Floor, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.