UNITED STATES BANKRUPTCY COURT
Eastern District of Pennyslvania (Philadelphia)

**Miranda Tsang**

**CASE NO: 12-20703**

## NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS FROM CHAPTER 13 TRUSTEE

Bank of America N.A. ("Creditor") hereby gives notice that all presently held or future payments to the Creditor for the Court claim number(s)  3  from the Chapter 13 Trustee should be sent to the following address:

**OLD ADDRESS:**

Bank of America
PO Box 15312
Wilmington, DE 19850

**NEW ADDRESS:**

Bank of America
PO Box 660933
Dallas, TX 75266-0933

_____
Andrew Garcia, AVP
Bank of America

## CERTIFICATE OF SERVICE

I hereby certify that on  10/20/17, a copy of the foregoing document was served on the following by ECF:

Trustee:

William C. Miller
1234 Market St Ste
Philadelphia, PA 19107-3704

_____
Robert Phifer Jr.