## UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  MIRANDA TSANG | CHAPTER 13 |
| Debtor | No. 12-20703-AMC |

### CERTIFICATE OF NO RESPONSE

    I, Shane H. Hobbs, Esquire, counsel for the above-captioned Debtor, hereby certify that neither the Standing Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the Court to the Supplemental Application for Allowance of Compensation filed on February 16, 2018, and respectfully request that the Court grant counsel's Application as it is uncontested.

Dated: <u>March 19, 2018</u>           **/s/ *Shane H. Hobbs***
                                                   Shane H. Hobbs, Esquire.
                                                   For Debtor
                                                   Law Office of Shane H. Hobbs
                                                   Masonic Building, 3rd Fl.
                                                   4 S. 2nd St.
                                                   Pottsville, PA 17901
                                                   P. 570 628 2806
                                                   F. 570 628 5008
                                                   shane@shanehobbslawoffice.com