**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  MIRANDA TSANG | CHAPTER 13 |
| Debtor | No. 12-20703-AMC |

**ORDER**

AND NOW, this __10th__ day of __May_____, 2018, upon the Application for Attorney Compensation and Reimbursement of Expenses ("Application"),

It is hereby ORDERED that the APPLICATION IS APPROVED in the amount of $__985.00_____ for services referred to in the above Application and the Trustee is directed to pay the balance thereof of the estate in accordance with the Plan.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge

Cc:

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA 19105

Thomas I Puleo, Esq.
KML Law Group, P.C.
701 Market Street, Suite 500
Philadelphia, PA 19106-1532

Miranda Tsang
1617 Hampton Road
Havertown, PA 19083

Office of the US Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107