United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-20703-amc
Miranda Tsang                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi          Page 1 of 1              Date Rcvd: May 10, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db            +Miranda Tsang,   1617 Hampton Road,   Havertown, PA 19083-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com
              ANN E. SWARTZ   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ   on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERRIKORIAN    on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor   THE BANK OF NEW YORK MELLON ET. AL. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST
               2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LESLIE J. RASE    on behalf of Creditor   The Bank of New York Mellon, by its attorney in fact
               Ocwen Loan Servicing, LLC pabk@logs.com,   lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
              MARISA MYERS COHEN   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC mcohen@mwc-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              SHANE H. HOBBS    on behalf of Debtor Miranda   Tsang bkynotices@shanehobbslawoffice.com,
               shane@shanehobbslawoffice.com
              STEVEN K. EISENBERG    on behalf of Creditor   The Bank of New York Mellon, by its attorney in
               fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,  bkecf@sterneisenberg.com
              THOMAS I. PULEO    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-1,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                  TOTAL: 19

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | |
|---|---|
| In re:  MIRANDA TSANG | CHAPTER 13 |
| Debtor | No. 12-20703-AMC |

**ORDER**

AND NOW, this 10th day of  May            , 2018, upon the Application for Attorney
Compensation and Reimbursement of Expenses ("Application"),

It is hereby ORDERED that the APPLICATION IS APPROVED in the amount of
$  985.00            for services referred to in the above Application and the Trustee is directed to
pay the balance thereof of the estate in accordance with the Plan.

BY THE COURT:

_____

Ashely M. Chan
United States Bankruptcy Judge

Cc:

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA 19105

Thomas I Puleo, Esq.
KML Law Group, P.C.
701 Market Street, Suite 500
Philadelphia, PA 19106-1532

Miranda Tsang
1617 Hampton Road
Havertown, PA 19083

Office of the US Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500

Philadelphia, PA 19107