**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 12-20703-JKF |
| MIRANDA TSANG | § | |
|     DEBTOR(S) | § § | CHAPTER 13 |
| SPECIALIZED LOAN SERVICING, LLC | § | |
|     CREDITOR | § | |
| VS | § | |
| MIRANDA TSANG | § | |
|     RESPONDENTS | § | |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

    Notice is hereby given that **Specialized Loan Servicing, LLC**, as servicing agent for Specialized Loan Servicing LLC, ("Creditor"), is withdrawing its **TRANSFER OF CLAIM (Docket entry # 150)** as it was inadvertently filed.

    Dated: August 3, 2018

    Respectfully submitted,
Bonial & Associates, P.C.

/s/ John J. Rafferty
John J. Rafferty
14841 Dallas Parkway, Suite 425
Dallas, Texas  75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Specialized Loan Servicing, LLC

# CERTIFICATE OF SERVICE OF WITHDRAWAL OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 3, 2018 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Miranda Tsang
1617 Hampton Road
Havertown, PA 19083-2505

**Debtors' Attorney**
Shane H. Hobbs
The Law Office Of Shane H. Hobbs Esq.
4 S 2ND ST STE 303
POTTSVILLE, PA  17901-3082

**Chapter 13 Trustee**
William C. Miller, Esq.
Chapter 13 Trustee / P.O. Box 1229
Philadelphia, Pennsylvania 19105

 

Respectfully Submitted,

/s/ John J. Rafferty
John J. Rafferty