United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Miranda Tsang
    Debtor

Case No. 12-20703-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 03, 2018
                   Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
12999728      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
         (address filed with court:    Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
         ALEXANDRA T. GARCIA    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
         ANN E. SWARTZ    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
         ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         CELINE P. DERKRIKORIAN    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
         JEROME B. BLANK    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL. paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST
           2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact
           Ocwen Loan Servicing, LLC pabk@logs.com,    lerase@logs.com
         MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
         MARISA MYERS COHEN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC mcohen@mwc-law.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         SHANE H. HOBBS    on behalf of Debtor Miranda    Tsang bkynotices@shanehobbslawoffice.com,
           shane@shanehobbslawoffice.com
         STEVEN K. EISENBERG    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
           fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,    bkecf@sterneisenberg.com
         THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-1,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                  TOTAL: 19

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-20703-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Miranda Tsang
1617 Hampton Road
Havertown PA 19083

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/02/2018.

Name and Address of Alleged Transferor(s):

Claim No. 5: Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/05/18

Tim McGrath
**CLERK OF THE COURT**