Certificate Number: 05781-PAE-DE-031504265

Bankruptcy Case Number: 12-20703



05781-PAE-DE-031504265

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 21, 2018</u>, at <u>11:55</u> o'clock <u>AM PDT</u>, <u>Miranda Tsang</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 21, 2018</u>

By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>