## UNITED STATES BANKRUTPCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MIRANDA TSANG, | Chapter 13 |
| Debtor | Bky. No. 12-20703 AMC |

## ORDER

**AND NOW,** upon consideration of the Motion to Modify Plan filed by the above-captioned Debtor, and after notice and hearing, it is hereby **ORDERED** that Debtor's Modified Plan is **APPROVED.**

**Date: August 30, 2018**

_____
**Ashely M. Chan**
**U.S. Bankruptcy Judge**