United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-20703-amc
Miranda Tsang                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 2            Date Rcvd: Oct 16, 2018
                            Form ID: 138NEW       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db           +Miranda Tsang,    1617 Hampton Road,    Havertown, PA 19083-2505
cr           +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Boulevard, Suite 100,
               Woodland Hills, CA 91364-6207
cr          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  NATIONSTAR MORTGAGE, LLC,     350 Highland Drive,
               Lewisville, TX  75067)
cr           +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr           +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr            The Bank of New York Mellon, by its attorney in fa,    Stern & Eisenberg, PC,
               261 Old York Road,    410 The Pavilion,    Jenkintown, PA  19046
13023921      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
12907677     +Amex,   Post Office Box 297871,    Fort Lauderdale, FL 33329-7871
12907679    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank Of America, N.A.,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
14003091      Bank of America,    PO Box 660933,    Dallas, TX 75266-0933
12967580     +Bank of America, N.A.,    7105 Corporate Drive,   Plano, TX 75024-4100
12907681     +Ocwen Loan Servicing L,    12650 Ingenuity Dr,   Orlando, FL 32826-2703
12907682     +Phelan Hallinan & Schmieg LLP,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
               Philadelphia, PA 19103-1823
14041748     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
13030350      The Bank of New York Mellon et al,    Prober & Raphael,    Attorneys for Secured Creditor,
               P.O. Box 4365,    Woodland Hills, CA 91365-4365
12907683     +Wells Fargo Bank,    Post Office Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:33     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:22    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12907678     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 17 2018 02:42:57     Asset Acceptance LLC,
               Post Office Box 1630,    Warren, MI 48090-1630
12914548     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 17 2018 02:42:57     Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
12950607      E-mail/Text: mrdiscen@discover.com Oct 17 2018 02:42:04     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
12907680     +E-mail/Text: mrdiscen@discover.com Oct 17 2018 02:42:04     Discover Fin Svcs Llc,
               Post Office Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr*          +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
12999728*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
14175981*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
14184849*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
12943782    ##+Bank of America, N.A.,    Bankruptcy Department,   P.O. Box 26012, NC4-105-02-99,
               Greensboro, North Carolina 27420-6012
                                                                                   TOTALS: 0, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2         User: PaulP              Page 2 of 2              Date Rcvd: Oct 16, 2018
                             Form ID: 138NEW          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA     on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ     on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRIAN CRAIG NICHOLAS     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN     on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              JACK K. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK     on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JEROME B. BLANK     on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST
               2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LESLIE J. RASE     on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact
               Ocwen Loan Servicing, LLC pabk@logs.com,   lerase@logs.com
              MARIO J. HANYON     on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MARISA MYERS COHEN     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC mcohen@mwc-law.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              SHANE H. HOBBS     on behalf of Debtor Miranda  Tsang bkynotices@shanehobbslawoffice.com,
               shane@shanehobbslawoffice.com
              STEVEN K. EISENBERG     on behalf of Creditor    The Bank of New York Mellon, by its attorney in
               fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,   bkecf@sterneisenberg.com
              THOMAS I. PULEO     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-1,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 19
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Miranda Tsang
    Debtor(s)

Bankruptcy No: 12−20703−amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/16/18

181 − 180
Form 138_new